FILED
2019 JAN 10 PM 2:21

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

CR No. 19-**19CR00017-CJC**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NEAL PATEL,<br>  aka "@INTERNETLORD,"<br>  aka "@DEFEAT,"<br><br>    Defendant. | **I N D I C T M E N T**<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 844(e): Conveying False Information Concerning the Use of An Explosive Device;<br>18 U.S.C. § 1344: Bank Fraud;<br>18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1. Twitter was an online social networking service on which users posted and interacted with messages known as tweets. Twitter users could also send Direct Messages to one another.

2. A Twitter "handle" was the name a user selected to use on Twitter.

3. Defendant NEAL PATEL resided in, and was located in, Des Plaines, Illinois. Defendant PATEL used the Twitter handles @INTERNETLORD and @DEFEAT.

4. Unindicted Co-Conspirator No. 1, Tyler Rai Barriss ("Barriss"), also known as ("aka") "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron," resided in, and was, at all times relevant to this Indictment, located in, Los Angeles County within the Central District of California. Barriss used the Twitter handles @SWAUTISTIC and @GOREDTUDOR36.

5. Waukesha State Bank was a financial institution insured by the Federal Deposit Insurance Corporation.

6. "Swatting" was the action or practice of harassing a victim by deceiving an emergency service into sending police and emergency service response teams, including special weapons and tactics ("SWAT") teams, to the victim's address often by making a false report of a serious law enforcement emergency – such as a murder or hostage situation – at the victim's address to trigger the deployment of the response team.

7. The above allegations are incorporated by reference into all counts of this Indictment as if fully set forth therein.

COUNT ONE

[18 U.S.C. § 371]

A. THE OBJECT OF THE CONSPIRACY

1. Beginning on a date unknown to the Grand Jury, but no later than December 7, 2017, and continuing through on or about December 10, 2017, in Los Angeles, within the Central District of California, and elsewhere, defendant NEAL PATEL ("PATEL"), also known as ("aka") "@INTERNETLORD," aka "@DEFEAT," together and with others known and unknown to the Grand Jury, knowingly conspired and agreed to, by a telephone and instrument of interstate and foreign commerce, willfully make a threat, and maliciously convey false information knowing the information to be false, concerning an alleged attempt being made, or to be made, to kill, injure, and intimidate an individual and to damage and destroy property by means of fire and an explosive, in violation of Title 18, United States Code, Section 844(e).

B. THE MANNER AND MEANS OF THE CONSPIRACY

2. The object of the conspiracy was to be carried out, and was carried out, in substance as follows:

   a. Defendant PATEL and Unindicted Co-Conspirator No. 1, Tyler Rai Barriss ("Barriss"), aka "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron," would identify a person or persons that they wanted to harass, intimidate, disrupt, and annoy either by swatting them or by causing them to be evacuated from their locations.

   b. Defendant PATEL and Barriss would investigate their intended victims, to include identifying their victims' addresses and

telephone numbers and the addresses and telephone numbers of law enforcement local to those victims.

    c.    Barriss, posing as someone else, would call law enforcement and maliciously convey false information, knowing that information to be false, and willfully make a threat, about explosives being present at a victim's address to cause a law enforcement response.

    d.    Barriss, posing as someone else, would call the location where he believed a victim was then located and maliciously convey false information, knowing that information to be false, and willfully make a threat, about explosives being present at that location to cause its evacuation.

C.    <u>OVERT ACTS</u>

3.    On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant PATEL, and other co-conspirators known and unknown to the Grand Jury, committed and caused others to commit various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1</u>:    On or about December 7, 2017, in Twitter direct messages, defendant PATEL asked Barriss to swat Victim R.S., and Barriss agreed.

<u>Overt Act No. 2</u>:    On or about December 7, 2017, in Twitter direct messages, defendant PATEL provided Barriss with what he believed to be personal identification information for Victim R.S., including Victim R.S.'s home address in Milford, Connecticut.

<u>Overt Act No. 3</u>:    On or about December 7, 2017, Barriss called the Milford Police Department in Milford, Connecticut, identified

himself as Victim R.S., and provided what he believed to be the home address of Victim R.S. Barriss, posing as Victim R.S., also falsely reported that he had shot his parents, that he had tied up his siblings and intended to kill them, and that he planned to burn down his house.

Overt Act No. 4: On or about December 8, 2017, in Twitter direct messages, Barriss told defendant PATEL that he had swatted Victim R.S.

Overt Act No. 5: On or about December 8, 2017, in Twitter direct messages, defendant PATEL provided Barriss with what he believed to be the address for a convention center in Dallas, Texas (the "Convention Center"), where a video game tournament was then occurring.

Overt Act No. 6: On or about December 8, 2017, in Twitter Direct Messages, defendant PATEL agreed to create, and did in fact create, an account with a voice-over-internet services provider for Barriss to use in making hoax phone calls to and concerning the Convention Center.

Overt Act No. 7: On or about December 8, 2017, Barriss, posing as someone else, called the Convention Center's administrative line and falsely reported that he left backpacks containing explosives in the Convention Center and that they were set to explode.

Overt Act No. 8: On or about December 8, 2017, Barriss, posing as someone else, called the Crime Stoppers tip line and maliciously and falsely reported that he left backpacks containing explosives in the Convention Center and that they were set to explode.

Overt Act No. 9: On or about December 8, 2017, in Twitter direct messages, defendant PATEL provided Barriss with information about the evacuation of the Convention Center in response to Barriss's knowingly false reports that he planted bombs there.

Overt Act No. 10: On or about December 10, 2017, Barriss, posing as someone else, called the Dallas Police Department and maliciously and falsely reported that he and a friend had left backpacks containing explosives inside the Convention Center and that they were set to explode.

Overt Act No. 11: On or about December 10, 2017, Barriss, posing as someone else, called the Convention Center's administrative line and maliciously and falsely reported that he had planted a bomb there. That day, the Convention Center was again evacuated.

## COUNT TWO

[18 U.S.C. §§ 844(e), 2(a)]

On or about December 7, 2017, in Los Angeles County, within the Central District of California, defendant NEAL PATEL ("PATEL"), also known as ("aka") "@INTERNETLORD," aka "@DEFEAT," and Unindicted Co-Conspirator No. 1, Tyler Rai Barriss, aka "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron," each aiding and abetting the other, by a telephone and other instrument of commerce, willfully made a threat, and maliciously conveyed false information knowing the information to be false, to a police department in Milford, Connecticut, concerning an alleged attempt being made, or to be made, to kill, injure, and intimidate an individual and to damage and destroy property by means of fire and an explosive, namely, and in substance and effect, that a person had shot his parents, that he had tied up his siblings and intended to kill them, and that he planned to burn down his house.

## COUNT THREE

[18 U.S.C. §§ 844(e), 2(a)]

On or about December 8, 2017, in Los Angeles County, within the Central District of California, defendant NEAL PATEL, also known as ("aka") "@INTERNET LORD," aka "@DEFEAT," and Unindicted Co-Conspirator No. 1, Tyler Rai Barriss, aka "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron," each aiding and abetting the other, by a telephone and other instrument of commerce, willfully made a threat, and maliciously conveyed false information knowing the information to be false, to a convention center in Dallas, Texas (the "Convention Center"), concerning an alleged attempt being made, or to be made, to kill, injure, and intimidate an individual and to damage and destroy property by means of fire and an explosive, namely, and in substance and effect, that a person left backpacks containing explosives in the Convention Center and that they were set to explode.

## COUNT FOUR

[18 U.S.C. § 1349]

A. THE OBJECT OF THE CONSPIRACY

1. Beginning on a date unknown to the Grand Jury, but no later than November 27, 2017, and continuing through on or about December 5, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant NEAL PATEL ("PATEL"), also known as ("aka") "@INTERNETLORD," aka "@DEFEAT," together with others known and unknown to the Grand Jury, knowingly conspired and agreed to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

B. THE MANNER AND MEANS OF THE CONSPIRACY

2. The object of the conspiracy was to be carried out, and was carried out, in substance as follows:

   a. Defendant PATEL would obtain credit and debit card account numbers that he knew belonged to real persons;

   b. Defendant PATEL would use those unauthorized debit and credit card account numbers to purchase clothing and other items online for, and at the request of, Unindicted Co-Conspirator No. 1, Tyler Rai Barriss ("Barriss"), aka "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron;"

   c. In purchasing those items, defendant PATEL would falsely represent to online retailers that he was authorized to use those credit and debit card account numbers to make purchases, when, in fact, he was not authorized to do so;

   d. In making those false representations to purchase those items, defendant PATEL would induce the online retailers to

sell him merchandise and to cause the financial institutions that issued the credit and debit accounts to remit funds to the retailers as payments for the sales.

C. OVERT ACTS

3. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant PATEL, together with other co-conspirators known and unknown to the Grand Jury, committed and caused others to commit various overt acts within the Central District of California and elsewhere, including the following:

Overt Act No. 1: On or before November 27, 2017, defendant PATEL opened an account with a virtual private network service provider (the "VPN Service").

Overt Act No. 2: On December 1, 2017, defendant PATEL attempted to purchase a 1-month subscription to the VPN Service with a credit card number that he knew belonged to a real person and that he was not authorized to use.

Overt Act No. 3: On or about December 2, 2017, in Twitter Direct Messages, Barriss asked defendant PATEL to purchase a cap bearing a NASA logo (the "NASA cap") for Barriss.

Overt Act No. 4: On or about December 3, 2017, in Twitter Direct Messages, Barriss again asked defendant PATEL to purchase the NASA cap for him. Defendant PATEL agreed to make the purchase after obtaining credit and debit card account numbers belonging to others that he knew he was not authorized to use.

Overt Act No. 5: On December 3, 2017, and again on December 4, 2017, in Twitter Direct Messages, Barriss repeatedly insisted that defendant PATEL purchase the NASA cap for him and

provided defendant PATEL with Barriss's mailing address in Los Angeles.

Overt Act No. 6: On or before December 4, 2017, defendant PATEL obtained a debit card account number (the "Account Number"), which he knew belonged to Victim J.B., which was linked to her checking account at Waukesha State Bank.

Overt Act No. 7: On or about December 4, 2017, defendant PATEL purchased the NASA cap from an online retailer, using the unauthorized Account Number. Defendant PATEL represented to the online retailer that he was authorized to use the Account Number to make the purchase when, in fact, he was not. Defendant PATEL provided the online retailer with Barriss's name and address in Los Angeles for shipping purposes.

Overt Act No. 8: On or about December 4, 2017, Barriss told defendant PATEL that he wanted him to purchase shoes for him.

Overt Act No. 9: On or about December 4, 2017, defendant PATEL purchased a 1-month subscription to the VPN Service, using the Account Number, knowing that he was not authorized to use that Account Number.

Overt Act No. 10: On or about December 5, 2017, in Twitter Direct Messages, Barriss told defendant PATEL that he had received the NASA cap and was thankful for it.

Overt Act No. 11: On or about December 6, 2017, in Twitter Direct Messages, Barriss told defendant PATEL that he wanted him to purchase shoes and a belt for him. He then directed defendant PATEL to a website and asked him, "Can you card it[?]," which was coded language indicating his intent that defendant PATEL use an

unauthorized credit or debit card account number to make the purchase.  Defendant PATEL responded, "yessir."

## COUNT FIVE

[18 U.S.C. §§ 1344, 2(a)]

A. THE SCHEME TO DEFRAUD

1. Beginning on a date unknown to the Grand Jury, but no later than November 27, 2017, and continuing through on or about December 5, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant NEAL PATEL ("PATEL"), also known as ("aka") "@INTERNETLORD," aka "@DEFEAT," together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, executed a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Waukesha State Bank, a federal insured bank, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B. THE MANNER AND MEANS OF THE FRAUDULENT SCHEME

2. The fraudulent scheme operated, in substance, in the following manner:

    a. Defendant PATEL would obtain credit and debit card account numbers that he knew belonged to real persons;

    b. Defendant PATEL would use those unauthorized debit and credit card account numbers to purchase clothing and other items online for, and at the request of, Unindicted Co-Conspirator No. 1, Tyler Rai Barriss ("Barriss"), aka "@SWAUTISTIC," aka "@GOREDTUTOR36," aka "Robert Hayward," aka "Robert," aka "Alex Mendez," aka "Alex," aka "Matthew," aka "Aaron;"

    c. In purchasing those items, defendant PATEL would falsely represent to online retailers that he was authorized to use

those credit and debit card account numbers to make purchases, when, in fact, he was not authorized to do so;

        d.    In making those false representations to purchase those items, defendant PATEL would induce the online retailers to sell him merchandise and to cause the financial institutions that issued the credit and debit accounts to remit funds to the retailers as payments for the sales.

C.    EXECUTION OF THE FRAUDULENT SCHEME

        3.    On or about the following date, in Los Angeles County, within the Central District of California, and elsewhere, defendant PATEL committed the following acts which constituted an execution of the fraudulent scheme:

//

//

| COUNT | DATE | ACT |
|---|---|---|
| FIVE | December 4, 2017 | Defendant PATEL purchased a NASA cap from an online retailer, using an unauthorized Account Number, which he knew belonged to Victim J.B., which was linked to her checking account at Waukesha State Bank. Defendant PATEL represented to the online retailer that he was authorized to use the Account Number to make the purchase when, in fact, he was not. Defendant PATEL provided the online retailer with Barriss's name and address in Los Angeles for shipping purposes. The online retailer shipped the item to Barriss in Los Angeles, for which Barriss thanked defendant PATEL. |

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

*[signature: Pat R.]*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRITOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
  Crimes Section

GEORGE E. PENCE
Assistant United States Attorney
Terrorism and Export Crimes
  Section